# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** April 30, 2018     **TIME:** 30 MINUTES

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 3 0 2018   ★

LONG ISLAND OFFICE

**CASE NUMBER:**     2:17-cv-04547-SJF-ARL

**CASE TITLE:** Silverberg v. DryShips Inc. et al

**PLTFFS ATTY:**     Peretz Bronstein
  X  present          not present

**PLTFFS ATTY:**     David Rosenfeld via telephone
  X  present          not present

**PLTFFS ATTY:**     Patrick Dahlstrom
  X  present          not present

**PLTFFS ATTY:**     J Alexander Hood II
  X  present          not present

**PLTFFS ATTY:**     Rhiana L Swartz
  X  present          not present

**PLTFFS ATTY:**     Tom Laughlin
  X  present          not present

**PLTFFS ATTY:**     Shannon L. Hopkins
  X  present          not present

**PLTFFS ATTY:**     Joshua D. Rieuman
  X  present          not present

**PLTFFS ATTY:**     Leslie Portnoy
  X  present          not present

**DEFTS ATTY:**     Noah Gillespie
  X  present          not present

**DEFTS ATTY:**     Brian P. Maloney
  X  present          not present

**DEFTS ATTY:**     Bruce G. Paulsen
  X  present          not present

**COURT REPORTER: P. Auerbach**

**COURTROOM DEPUTY**: Bryan Morabito


 X     CASE CALLED.

 _     HEARING HELD/ CONT'D TO_____.

 _     ORDER ENTERED ON THE RECORD.

**OTHER:** For the reasons stated on the record, [34] the motion of movant Jeff Mamera for appointment as Lead Plaintiff and approval of his selection of Glancy Prongay & Murray LLP  as Lead Counsel is granted in its entirety; Jeff Mamera is appointed as Lead Plaintiff; Jeff Mamera's selection of  Glancy Prongay & Murray LLP  as Lead Counsel for the putative class is approved; and all other pending motions are denied.Plaintiff to file amended complaint by 6/29/2018. Defendant's answer to be filed and served by 8/29/2018.  Plaintiff has until 10/9/2018 to serve oppostion to any motion to dismiss.  Reply and final submissions shall be filed by 10/29/2018.  A status conference is scheduled before Judge Feuerstein on 1/15/2019 at 11:15 am.