UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HERBERT SILVERBERG, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

    v.

DRYSHIPS INC., GEORGE ECONOMOU, ANTHONY KANDYLIDIS, HARRY KERAMES, KALANI INVESTMENTS LIMITED, MURCHINSON LTD., MARC BISTRICER, and DOES 1-10,

        Defendants.

Case No. 2:17-cv-04547 (SJF) (ARL)

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that J. Peter Coll, Jr. hereby withdraws as counsel of record for Defendants DryShips Inc., George Economou, Anthony Kandylidis, and Harry Kerames, and respectfully requests the Clerk of the Court to withdraw him from this case. Defendants will continue to be represented by David Litterine-Kaufman of Orrick Herrington & Sutcliffe LLP as well as counsel at Seward & Kissel LLP .and Schulte Roth & Zabel LLP.

Dated: January 12, 2023

Respectfully submitted,

*/s/ J. Peter Coll, Jr.*
J. Peter Coll, Jr.
David Litterine-Kaufman
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Email: pcoll@orrick.com
dlitterinekaufman@orrick.com

*Attorney for Defendants DryShips Inc., George Economou, Anthony Kandylidis, and Harry Kerames*