UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
HENRY SILVERBERG, individually and on behalf of All Others Similarly Situated,

Plaintiff,

v.

DRYSHIPS, INC., GEORGE ECONOMOU, ANTHONY KANDYLIDIS, KALANI INVESTMENTS LIMTED, MURCHINSON, LTD., and MARC BISTRICER,

Defendants.
----------------------------------------------------------- X

JUDGMENT
17-cv-4547 (BMC)

A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on October 9, 2024, granting Defendants' motions to dismiss; it is

ORDERED and ADJUDGED that Defendants' motions to dismiss are granted.

Dated: Brooklyn, NY
October 10, 2024

Brenna B. Mahoney
Clerk of Court

By: *_/s/Jalitza Poveda_*
Deputy Clerk